## 55638. CHANCEY v. THE STATE.

PER CURIAM.

Defendant was convicted of distributing obscene materials in violation of Code § 26-2101. *Held:*

Defendant's enumerations of error raise the same issues which have been considered and rejected in *Sewell v. State,* 238 Ga. 495 (2, 4) (233 SE2d 187), and *Pierce v. State,* 239 Ga. 844 (239 SE2d 28), and no further consideration is required.

*Judgment affirmed. Bell, C. J., Shulman and Birdsong, JJ., concur.*

SUBMITTED APRIL 10, 1978 — DECIDED MAY 12, 1978.

*Glenn Zell,* for appellant.

*Hinson McAuliffe, Solicitor, Leonard W. Rhodes, Assistant Solicitor,* for appellee.